UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH M. PELTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:06-cv-5389-RBL-KLS<br><br><br><br>ORDER FOR REMAND |

    Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The parties, acting through their respective counsel, hereby agree that the above-captioned case be reversed and remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand to an Administrative Law Judge (ALJ), the ALJ will reevaluate the medical evidence and will be directed to obtain testimony from Dr. Clayton, if possible.  If Dr. Clayton is not available, the ALJ will obtain additional testimony

Page 1       PROPOSED ORDER - [3:06-cv-5389-RBL-KLS]

1 from a medical expert. The parties agree that reasonable attorney fees should be awarded, upon

2 proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

3       DATED this 21st day of June, 2007.

                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-3749
Fax: (206)615-2531
jamala.edwards@ssa.gov

28 Page 2    PROPOSED ORDER - [3:06-cv-5389-RBL-KLS]