# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH M. PELTON,
        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5389RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

Upon stipulation between the parties, this matter is REVERSED and REMANDED to the Commissioner further administrative proceedings.
The parties also agree that reasonable attorney fees should be awarded upon proper application, pursuant to the Equal Access to Justice Act.

    June 22, 2007                                                                 BRUCE RIFKIN
                                                                                                     Clerk

                                                                                                     /s/ Pat LeFrois
                                                                                                     Deputy Clerk